**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

Stamatios Stamoulis
stamoulis@swdelaw.com

October 7, 2020

The Honorable Christopher J. Burke
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

   Re: *360Heros, Inc. v. GoPro, Inc.,* Case No: 17-cv-01302-LPS-CJB

Dear Judge Burke:

  The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): September 30, 2020

Delaware Counsel: Stamatios Stamoulis (360Heros, Inc.); Phillip Rovner (GoPro Inc.)

Lead Counsel: William Ramey (360Heros, Inc.); Byron Chin (GoPro Inc.); Megan Chung (GoPro Inc.).

The disputes requiring judicial attention are listed below:

  Re-opening discovery for three months to address issues of infringement, willfulness, and damages.

                 Respectfully,

                 Stamatios Stamoulis
                 *Counsel for Plaintiffs*

cc: Counsel of Record (via CM/ECF)