**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 360HEROS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOPRO, INC., <br><br> Defendant. | C.A. No. 17-1302-LPS-CJB |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned certifies that on this 20th day of November 2020, copies of Plaintiff's Amended Final Infringement Contentions were served upon the following counsel of record by email.

| | |
|---|---|
| Philip A. Rovner <br> POTTER ANDERSON & CORROON, LLP <br> 1313 N. Market St., Hercules Plaza, 6th Fl. <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> provner@potteranderson.com | Megan Chung <br> KILPATRICK TOWNSEND & STOCKTON LLP <br> 12730 High Bluff Drive, Suite 400 <br> San Diego, CA 92130 <br> mchung@kilpatricktownsend.com |

Mehrnaz Boroumand Smith
Byron Chin
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900 San Francisco, CA 94111
mboroumand@kilpatricktownsend.com
bchin@kilpatricktownsend.com


Dated: November 20, 2020

Respectfully Submitted,

**STAMOULIS & WEINBLATT LLC**

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

**Ramey & Schwaller, LLP**
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Facsimile: (832) 900-4941
wramey@rameyfirm.com

**Attorneys for Plaintiff 360Heros, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis