IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 360HEROS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1302-MFK-CJB |
| | ) | |
| GOPRO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] VERDICT FORM

## INSTRUCTIONS

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

**QUESTIONS AND ANSWERS**

I. **INFRINGEMENT**

    1. **Has 360Heros proven by a preponderance of the evidence that GoPro infringed the following claims of the '019 Patent?**

    *For each asserted claim please check "Yes" or "No" below.*

|  | YES<br>(for 360Heros) | NO<br>(for GoPro) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 15 | _____ | _____ |
| Claim 16 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 25 | _____ | _____ |
| Claim 30 | _____ | _____ |
| Claim 31 | _____ | _____ |
| Claim 32 | _____ | _____ |
| Claim 33 | _____ | _____ |
| Claim 34 | _____ | _____ |
| Claim 37 | _____ | _____ |

## II. <u>INVALIDITY</u>

    **2. Has GoPro proven by clear and convincing evidence that the following claims of the '019 Patent are invalid?**

*For each asserted claim please check "Yes" or "No" below.*

|  | YES<br>(for GoPro) | NO<br>(for 360Heros) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 8 | _____ | _____ |
| Claim 15 | _____ | _____ |
| Claim 16 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 25 | _____ | _____ |
| Claim 30 | _____ | _____ |
| Claim 31 | _____ | _____ |
| Claim 32 | _____ | _____ |
| Claim 33 | _____ | _____ |
| Claim 34 | _____ | _____ |
| Claim 37 | _____ | _____ |

### III. <u>DAMAGES</u>

*Directions: If for any asserted claims of the '019 Patent, you answered "Yes" as to infringement in Question 1 and "No" as to invalidity in Question 2, please answer question 3.*

**3.   What amount of damages do you find that 360Heros has proven by a preponderance of the evidence would fairly and adequately compensate 360Heros for any infringement of the '019 Patent?**

$ _____

## IV. **WILLFULNESS**

*Directions: If you answered "Yes" as to infringement for any claim in Question 1 and "No" as to invalidity in Question 2, please answer question 4 below.*

    **4.** **Has 360Heros proven by a preponderance of the evidence that GoPro willfully infringed any valid asserted claim of the '019 Patent?**

    *Please check "Yes" or "No" below.*

| YES | NO |
|---|---|
| (for 360Heros) | (for GoPro) |
| _____ | _____ |

5

## **VERDICT**

UPON REACHING A VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

This \_\_\_\_\_ day of February, 2023.

Foreperson  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____