IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

360HEROS, INC., )
 )
 Plaintiff, )
 )
vs. ) Case No. 17 C 1302
 )
GOPRO, INC., )
 )
 )
 Defendant. )

## VERDICT FORM

Members of the Jury:

    In completing this Verdict Form, the Jury is to follow all of the instructions given by the Court. Some of the questions contain terms that are defined and explained in detail in the Jury Instructions. The Jury should refer to the Jury Instructions if it is unsure about the meaning or usage of any term that appears in the Verdict Form.

We, the jury, unanimously find as follows:

1. **INFRINGEMENT**

    **Has 360Heros proven by a preponderance of the evidence that GoPro infringed the following claims of the '019 patent?**

    *(For each asserted claim, please check "Yes" or "No.")*

    |  | YES<br>(for 360Heros) | NO<br>(for GoPro) |
    |---|---|---|
    | Claim 1: | | X |
    | Claim 2: | | X |
    | Claim 8: | | X |
    | Claim 15: | | X |
    | Claim 20: | | X |
    | Claim 22: | | X |
    | Claim 23: | | X |

2. **INVALIDITY**

Has GoPro proven by clear and convincing evidence that the following claims of the '019 patent are invalid?

*(For each asserted claim, please check "Yes" or "No.")*

|  | YES (for GoPro) | NO (for 360Heros) |
|---|---|---|
| Claim 1: | yes | _____ |
| Claim 2: | yes | _____ |
| Claim 8: | yes | _____ |
| Claim 15: | yes | _____ |
| Claim 20: | yes | _____ |
| Claim 22: | yes | _____ |
| Claim 23: | yes | _____ |

3. **DAMAGES**

*(Directions: If for any asserted claims of the '019 Patent, you answered "Yes" as to infringement in Question 1 and "No" as to invalidity in Question 2, please answer question 3.)*

What reasonable royalty do you find that 360Heros has proven by a preponderance of the evidence would fairly and adequately compensate 360Heros for any infringement of the '019 Patent?

$ _____

4. **WILLFULNESS**

*(Directions: If you answered "Yes" as to infringement for any claim in Question 1 and "No" as to invalidity in Question 2, please answer question 4 below.)*

Has 360Heros proven by a preponderance of the evidence that GoPro willfully infringed any valid asserted claim of the '019 Patent?

*(Please check "Yes" or "No" below.)*

_____ YES        _____ NO

Sign and date the verdict form below:



Date: April **28**, 2023